## Elena Bassi, Appellee, v. Robert E. L. Brooks and Josephine Brooks, Appellants.

### Gen. No. 42,210.

Heard in the second division, first district, this court at the April term, 1942; opinion filed March 8, 1944. Edward E. Fleming, for appellants; Ewart Harris, of counsel; Simon Herr and A. N. Gualano, for appellee; Harold Tucker, of counsel. Opinion by JUSTICE SULLIVAN. Not to be published in full.